**STATE of Missouri, Respondent,**

v.

**David Paul TALLEY, Appellant.**

**No. WD 46379.**

Missouri Court of Appeals,
Western District.

March 28, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

David P. Talley appeals convictions of first degree robbery and armed criminal action. He received sentences of 15 and 21 years respectively, to be served consecutively as a persistent offender and a class X offender. He also appeals from the denial, after an evidentiary hearing, of his Rule 29.15 postconviction motion. Issues on appeal include Talley's contention that the trial court abused its discretion in failing to grant Talley's motion for a mistrial, which was made after the jury allegedly observed Talley handcuffed in the hallway. Talley also complains that comments made by the prosecution in closing argument warranted a mistrial and that the court abused its discretion in failing to *sua sponte* declare a mistrial. Finally, Talley complains that the post-conviction motion court erred in denying the motion for post-conviction relief because trial

defense counsel failed to object to the State's closing argument.

The judgments are affirmed. Rule 30.25(b) and Rule 84.16(b).